**This order is SIGNED.**

Dated: July 18, 2017



KEVIN R. ANDERSON
U.S. Bankruptcy Judge

slo

Stephen B. Watkins, Bar Number 3400
Armand J. Howell, Bar Number 10029
Benjamin J. Mann, Bar Number 12588
Paul M. Halliday, Jr., Bar Number 5076
HALLIDAY, WATKINS & MANN, P.C.
Attorneys for U.S. Bank National Association
376 East 400 South, Suite 300
Salt Lake City, UT 84111
Telephone: 801-355-2886
Fax: 801-328-9714
Email: armand@hwmlawfirm.com
File No: 44875

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

| In re: | Bankruptcy Case No. 16-30862 KRA |
| --- | --- |
| MICHAEL C. MORRIS aka MICHAEL CHARLES MORRIS AND KRISTINE L MORRIS aka KRISTINE LOUISE MORRIS | Chapter 7 |
| | ORDER TERMINATING AUTOMATIC STAY AS TO U.S. BANK NATIONAL ASSOCIATION |
| Debtors. | [Filed Electronically] |

On July 17, 2017, a hearing was held on the Motion for Relief filed by U.S. Bank National Association ("Secured Creditor"). Based on the pleadings, statements made at the hearing, and good cause appearing, the Court does hereby,

ORDER AS FOLLOWS:

1. That the automatic stay with respect to the following described real property:

    Beginning at a point 139.50 feet North 02 degrees 00'38" West of
    the Southeast Corner of Section 14, Township 4 South, Range 21
    East, Salt Lake Base and Meridian; thence North 02 degrees 00'38"

Entered On Docket: 07/18/2017

      West 100.00 feet; thence South 87 degrees 52'37" West 137.00 feet; thence South 02 degrees 00'38" East 100.00 feet; thence North 87 degrees 52'37" East 137.00 feet to the point of beginning.

      Also including a Manufactured Home identified as VIN/SERIAL NO. 16-99-428-06863 MANUFACTURER: CHAMPION MODEL: PARK RIVER MODEL 428 YEAR: 11-19-1996, and HUD ID NO.S: IDA179952 AND IDA179953 which is affixed and attached to the land and is part of the real property;
Commonly known as 535 North 500 East, Vernal, UT 84078;

be and is hereby modified and terminated as of the date hereof to permit U.S. Bank National Association and its successors and assigns to pursue its rights and remedies against the said property under applicable law.

      2.     That Secured Creditor and/or its successors and assigns may, at its option, offer, provide and enter into a potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

      3.     This order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other Chapter of Title 11 of the United States code.

END OF ORDER

## DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing **ORDER TERMINATING AUTOMATIC STAY AS TO U.S. Bank National Association** shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

> J. Kevin Bird
> Chapter 7 Trustee
> jkevin@birdfugal.com
> kbird@ecf.epiqsystems.com
> kbtrustee@aol.com
> melanie@birdfugal.com
>
> J. Bryan Dexter
> Debtor's Attorney
> bryan@dexterlaw.com

> United States Trustee
> USTPRegion19.SK.ECF@usdoj.gov
>
> Armand J. Howell
> HALLIDAY, WATKINS & MANN, P.C.
> Secured Party's Attorney
> armand@hwmlawfirm.com

**By U.S. Mail:** In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed. R. Civ. P. 5(b).

> Michael Charles Morris and Kristine Louise Morris
> 535 North 500 East
> Vernal, UT 84078

> /s/ Armand J. Howell
> Armand J. Howell
> Attorney for Secured Creditor

United States Bankruptcy Court
District of Utah

In re:  
Michael C. Morris  
Kristine L Morris  
    Debtors

Case No. 16-30862-KRA  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 1088-2     User: gci     Page 1 of 1     Date Rcvd: Jul 18, 2017  
                         Form ID: pdfor1     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2017.  
db/jdb        Michael C. Morris,    Kristine L Morris,    535 N 500 E,    Vernal, UT   84078-1864

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2017                                           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2017 at the address(es) listed below:  
         Armand J. Howell     on behalf of Creditor     U.S. Bank National Association armand@hwmlawfirm.com, meghan@hwmlawfirm.com;armandh@ecf.courtdrive.com  
         J. Bryan Dexter     on behalf of Joint Debtor Kristine L Morris bryan@dexterlaw.com, angela@dexterlaw.com;G4981@notify.cincompass.com;kraig@dexterlaw.com  
         J. Bryan Dexter     on behalf of Debtor Michael C. Morris bryan@dexterlaw.com, angela@dexterlaw.com;G4981@notify.cincompass.com;kraig@dexterlaw.com  
         J. Kevin Bird     on behalf of Trustee J. Kevin Bird tr jkevinbird@birdfugal.com  
         J. Kevin Bird tr     on behalf of Trustee J. Kevin Bird tr jkevinbird@birdfugal.com, kbird@ecf.epiqsystems.com;kbtrustee@aol.com;melanie@birdfugal.com  
         J. Kevin Bird tr     jkevinbird@birdfugal.com, kbird@ecf.epiqsystems.com;kbtrustee@aol.com;melanie@birdfugal.com  
         United States Trustee     USTPRegion19.SK.ECF@usdoj.gov  
                                                                                        TOTAL: 7